# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

FILED
DEC 28 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-18-H-SEH |
| Plaintiff, | |
| vs. | |
| ERNEST JABLONSKY *dba* MONTANA BIG GAME PURSUITS, JAMES V. DAY, RICHARD CEYNAR, and MITCH THEULE, | ORDER |
| Defendants. | |

Upon Petition of Mark Smith and Jeffrey K. Starnes, Assistant United States Attorneys for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the earlier filed Writ of Habeas Corpus (For Testimony)[1] filed December 20, 2017, is replaced with the Writ of Habeas Corpus (For Testimony) authorized by this Order.

---

[1] Doc. 115.

1

The Clerk of This Court shall issue a Writ of Habeas Corpus (for testimony) directing the Warden of Montana State Prison, the Sheriff of Cascade County and the United States Marshal for the District of Montana, to produce James V. Day (currently housed at the Cascade County Detention Center) before the Court in Countroom I of the Paul G. Hatfield Courthouse, Helena, Montana, at 8:45 a.m. on Tuesday, February 13, 2018, and James V. Day is to stay in federal custody until the conclusion of his testimony. James V. Day shall then be returned to the custody of the Warden of Montana State Prison.

DATED this 28th day of December, 2017.

SAM E. HADDON
United States District Judge