IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-18-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| ERNEST JABLONSKY, *dba* MONTANA BIG GAME PURSUITS, and MITCH THEULE, | |
| Defendants. | |

On January 2, 2018, the Court conducted a hearing on Defendant Ernest

Jablonsky's pending motions.[1]

Upon the record made in open court,

---

[1] Docs. 42, 51, 53, 55, 57, 59, 61, 63, 65, 67, 69, 71, and 84.

-1-

ORDERED:

1. Ernest Jablonsky's First Motion Re: Inspecting Files and Producing Information[2] is DENIED.

2. Ernest Jabslonsky's Motion in Limine 1A (Facts not in the Record)(sic)[3] is DENIED.

3. Ernest Jablonsky's Motion in Limine 1B (Burden of Proof)[4] is DENIED.

4. Ernest Jablonsky's Motion *in Limine* 1C (Failure to Testify)[5] is DENIED.

5. Ernest Jablonsky's Motion in Limine 1D (Expert Testimony not timely disclosed)[6] is GRANTED.

6. Ernest Jablonsky's Motion *in Limine* 1E (Statements of Ernest Jablonsky)[7] is DENIED.

---

[2] Doc. 42.

[3] Doc. 51.

[4] Doc. 53.

[5] Doc. 55.

[6] Doc. 57.

[7] Doc. 59.

7. Ernest Jablonsky's Motion *in Limine* 1F (Information not produced prior to December 9, 2017)[8] is DENIED.

8. Ernest Jablonsky's Motion *in Limine* 1G (Ernest Jablonsky's Criminal Record)[9] is DENIED.

9. Ernest Jablonsky's Motion *in Limine* 1H (Preclude or strike testimony of witness for whom Jencks material has not been provided)[10] is DENIED.

10. Ernest Jablonsky's Motion *in Limine* 1I (Public Sentiment)[11] is DENIED.

11. Ernest Jablonsky's Motion *in Limine* 1J (Uncharged Conduct)[12] is DENIED.

12. Ernest Jablonsky's Motion *in Limine* 2 (Statements of Co-Defendant after the alleged conspiracy)[13] is DENIED.

---

[8] Doc. 61.

[9] Doc. 63.

[10] Doc. 65.

[11] Doc. 67.

[12] Doc. 69.

[13] Doc. 71.

FURTHER ORDERED:

Defendant Ernest Jablonsky shall file any additional discovery motions on or before January 3, 2018. Response briefs shall be filed on or before January 8, 2018.

DATED this 2nd day of January, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge