IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

FEB 0 7 2018

Clerk, U.S. District Court
District Of Montana
Helena

| UNITED STATES OF AMERICA, | CR 17-18-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ERNEST JABLONSKY, *dba* MONTANA BIG GAME PURSUITS, and MITCH THEULE, | |
| Defendants. | |

On February 6, 2018, and February 7, 2018, the Court conducted a hearing on Defendant Ernest Jablonsky's pending motions.[1]

Upon the record made in open court,

ORDERED:

1. Ernest Jablonsky's Motion to Suppress his Statement Made to an Investigator[2] is DENIED.

---

[1] Docs. 75, 78, 80, 82, 170, 177, 179, and 181.

[2] Doc. 75.

-1-

2. Ernest Jablonsky's Motion to Strike References . . .[3] and Ernest Jablonsky's Motion to Strike References . . . from the Superseding Indictment[4] are DENIED.

3. Ernest Jablonsky's Motion to Dismiss Counts I, III and IV of the Indictment[5] and Ernest Jablonsky's Motion to Dismiss All Counts of the Superseding Indictment[6] are DENIED.

4. Ernest Jablonsky's Motion to Suppress All Information Obtained From a Search of his Home on June 1, 2016 and Information Obtained From his Bank Records, Cell Phone Records and Facebook Records[7] is GRANTED in part and DENIED in part as stated on the record.

5. Ernest Jablonsky's Motion *in Limine* 4 (Publicized Hunting Laws and Regulations)[8] is DENIED, subject to address of relevant legal issues as appropriate by the Court's instructions to the jury.

---

[3] Doc. 78.

[4] Doc. 177.

[5] Doc. 80

[6] Doc. 179.

[7] Doc. 82.

[8] Doc. 170.

6. Ernest Jablonsky's Opposed Second Motion re: Inspecting Files and Producing Information[9] is DENIED.

DATED this 7th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[9] Doc. 181.