FILED
FEB 12 2018
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-18-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| ERNEST JABLONSKY, *dba* MONTANA BIG GAME PURSUITS, and MITCH THEULE, | |
| Defendants. | |

On February 11, 2018, the United States filed an Unopposed Motion to Dismiss Indictment and Superseding Indictment as to Defendant Ernest Jablonsky, dba Montana Big Game Pursuits ("Jablonsky") which stated, in part, "Defendant does not oppose this motion."[1]

---

[1] Doc. 220 at 2.

-1-

A telephone conference with counsel for the United States and Jablonsky was held on February 12, 2018.

ORDERED:

1. The United States' Unopposed Motion to Dismiss Indictment and Superseding Indictment[2] is GRANTED.

2. The Indictment[3] and Superseding Indictment[4] as to Jablonsky are DISMISSED WITHOUT PREJUDICE.

3. The trial set for Defendant Jablonsky on February 13, 2018, is VACATED.

DATED this 12th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 220.

[3] Docs. 1 and 4.

[4] Docs. 125 and 126.